# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZITA ALEXANDER, | ) |
|        Plaintiff, | ) |
| v. | ) |
| | )    8:10CV188 |
| THE CATHOLIC ARCHBISHOP OF OMAHA, | ) |
| | )    ORDER |
|        Defendant. | ) |

This matter is before the court on plaintiff's unopposed motion (Doc. 12) for leave to file an amended complaint deleting second sentence of paragraph 3 of the original complaint. Upon review of the proposed amended pleading, the court finds that the motion should be granted.

Since the second sentence of paragraph 3 of the original complaint was the subject of the defendant's pending Motion to Strike (Doc. 9), that motion will be denied as moot.

**IT IS ORDERED:**

1. Plaintiff's unopposed motion (Doc. 12) for leave to file an amended complaint is granted. Plaintiff shall file and serve the Amended Complaint no later than **July 1, 2010.**

2. Defendant shall respond to the Amended Complaint within the time allowed by Fed. R. Civ. P. 15.

3. Defendant's Motion to Strike (Doc. 9) is denied as moot.

**DATED June 24, 2010.**

                                        **BY THE COURT:**

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**